42 A.3d 139

IN THE MATTER OF RALPH V. FURINO, AN ATTORNEY AT LAW (ATTORNEY NO. 000131981).

May 2, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–391, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(1) (default by respondent), that **RALPH V. FURINO** of **JAMESBURG,** who was admitted to the bar of this State in 1981, should be suspended from the practice of law for a period of three months for violation of *RPC* 8.1(b) (failure to cooperate with ethics authorities);

And the Disciplinary Review Board having further concluded that the term of suspension should be consecutive to the term of suspension for the unethical conduct found in DRB 11–176 and 11–205;

And the Court this date having ordered in D–46–11 that respondent be suspended from practice for a period of three months for the unethical conduct found in DRB 11–176 and DRB 11–205;

And good cause appearing;

It is ORDERED that **RALPH V. FURINO** is suspended from the practice of law for a period of three months, effective August 3, 2012, and until the further Order of the Court; and it is further

ORDERED that respondent shall comply with the Order of the Court in D–46–11; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.